23 So.2d 880

**Horace C. ALFORD v. SOUTHERN BELL TELEPHONE & TELEGRAPH CO.**

6 Div. 348.

Supreme Court of Alabama.

Nov. 27, 1945.

PER CURIAM.

Appeal dismissed, motion of appellant.

23 So.2d 880

**AMERICAN LIFE INS. CO. v. Jessie Mae HOLLIS, Adm'rx.**

6 Div. 320.

Supreme Court of Alabama.

Nov. 27, 1945.

Hugh A. Locke, of Birmingham, for appellant.

Geo. Rogers and Chas. W. Greer, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed.

24 So.2d 918

**Erby BLANKENSHIP v. STATE ex rel. E. G. PILCHER, Deputy Solicitor.**

7 Div. 858.

Supreme Court of Alabama.

Jan. 17, 1946.

Motley & Motley, of Gadsden, for appellant.

Wm. N. McQueen, Atty. Gen., for appellee.

PER CURIAM.

Affirmed.

24 So.2d 918

**John O. BLANSIT v. Tom A. BLANSIT.**

7 Div. 834.

Supreme Court of Alabama.

Jan. 17, 1946.

W. G. Rains, of Gadsden, for appellant.

Scott & Dawson, of Fort Payne, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

23 So.2d 880

**Nelius BARBER v. John J. BARBER.**

7 Div. 845.

Supreme Court of Alabama.

Oct. 1, 1945.

G. Ernest Jones, of Birmingham, for appellant.

Knox, Dixon & Dixon, of Talladega, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.